# Decisions Court of Appeal

## Parish of Orleans

### No. 5659.

### IN RE QUAKER REALTY COMPANY,

Praying for confirmation. Reported, through error, in book X, p. 92.